929 P.2d 96

# SUPREME COURT OF HAWAI'I

### Order No. 96–40
### November 22, 1996

| | | |
|---|---|---|
| 17164 | McVay v. Hawaii Meat Co., Ltd. | Affirmed |
| 18393 | Duvauchelle v. Kakani | Affirmed |
| 18521 | State v. Mason | Affirmed |
| 18588 | State v. Mara | Affirmed |

### Order No. 96–41
### November 27, 1996

| | | |
|---|---|---|
| 15972 | Houston v. National Union Fire Ins. Co. of Pittsburgh | Affirmed |

### Order No. 96–42
### December 2, 1996

| | | |
|---|---|---|
| 18564 | State v. Barber | Affirmed |

### Order No. 96–43
### December 6, 1996

| | | |
|---|---|---|
| 19695 | State v. Werner | Affirmed |

### Order No. 96–44
### December 5, 1996

| | | |
|---|---|---|
| 16403 | Wong v. AOAO Waikalani Woodlands | Affirmed |
| 16698 | Phoenix Pacific Ins. v. State | Affirmed |
| 18570 | Loyalty Dev. Co. v. Kaminaka | Affirmed |
| 18574 | M & M Partners v. Loyalty Dev. Co. | Affirmed |
| 18976 | Frederickson v. Admin. Director | Affirmed |
| 19306 | State v. Esau | Affirmed |
| 19709 | Bank of Hawai'i v. Tin | Affirmed |
| 19718 | State v. Munoz | Affirmed |